UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR MANUEL CRUZ,

Plaintiff,

against

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

CIVIL ACTION NO.: 19 Civ. 9540 (PAE) (SLC)

**ORDER FOR ADMINISTRATIVE RECORD**

**SARAH L. CAVE**, United States Magistrate Judge.

Per the standing Order at ECF No. 5, the Administrative Record was due in this case 90 days after service. The Commissioner was served on January 13, 2020, now over 90 days ago, and to date the Administrative Record has not been filed. The Commissioner is ORDERED to file the Administrative Record by **Wednesday, April 22, 2020**.

Dated:      New York, New York
            April 14, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**