UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HECTOR MANUEL CRUZ,

                            Plaintiff,

        -v-

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.

19 Civ. 9540 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On September 25, 2020, plaintiff filed a motion for attorneys fees. *See* Dkts. 19–20. In the event the Government opposes plaintiff's fee application, its opposition brief is due October 14, 2020. The Court, however, expects that, before opposing any aspect of this application, Government counsel will meet and confer with defense counsel in an effort to resolve the parties' differences.

    SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 30, 2020
       New York, New York